```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/15/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DICKERSON,

                Plaintiff,

-against-

INTERCEPT PHARMACEUTICALS, INC., JEROME DURSO, PAOLO FUNDARO, MARK PRUZANSKI, SRINIVAS AKKARAJU, LUCA BENATTI, DANIEL BRADBURY, KEITH GOTTESDIENER, NANCY MILLER-RICH, DAGMAR ROSA-BJORKESON, GINO SANTINI, and GLENN SBLENDORIO,

                Defendants.

23 Civ. 9121 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 2, 2023, the Court informed the parties that it intends to consolidate this action with *O'Dell v. Intercept Pharmaceuticals et al.*, No. 23 Civ. 9052, and directed any interested attorneys to submit applications for appointment as lead counsel by November 10, 2023. ECF No. 10.  That deadline has now passed and the Court has received no applications.

    Accordingly, any interested attorneys shall file requests to be appointed lead counsel by **November 29, 2023**. Opposition to any such application shall be filed by **December 6, 2023**.

    SO ORDERED.

Dated: November 15, 2023
       New York, New York

                              ANALISA TORRES
                         United States District Judge