UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/18/2023_
```

JOHN DICKERSON,

                         Plaintiff,

          -against-

INTERCEPT PHARMACEUTICALS,
INC., JEROME DURSO, PAOLO
FUNDARÒ, MARK PRUZANSKI,
SRINIVAS AKKARAJU, LUCA
BENATTI, DANIEL BRADBURY,
KEITH GOTTESDIENER, NANCY
MILLER-RICH, DAGMAR ROSA-
BJORKESON, GINO SANTINI, and
GLENN SBLENDORIO,

                         Defendants.

23 Civ. 9121 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 20, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 15, 2023.  ECF No. 8.  Those submissions are now overdue.

Accordingly, by **January 8, 2024,** the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating his intentions regarding the prosecution of this action.

SO ORDERED.

Dated: December 18, 2023
       New York, New York

                              _____
                                   ANALISA TORRES
                              United States District Judge