```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/9/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DICKERSON,

                Plaintiff,

-against-

INTERCEPT PHARMACEUTICALS, INC., JEROME DURSO, PAOLO FUNDARÒ, MARK PRUZANSKI, SRINIVAS AKKARAJU, LUCA BENATTI, DANIEL BRADBURY, KEITH GOTTESDIENER, NANCY MILLER-RICH, DAGMAR ROSA-BJORKESON, GINO SANTINI, and GLENN SBLENDORIO,

                Defendants.

23 Civ. 9121 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 20, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 15, 2023.  ECF No. 8.  On December 18, 2023, having received no submissions, the Court extended the deadline to January 8, 2024.  ECF No. 13.  Those submissions are now overdue.

      Accordingly, by **January 24, 2024,** the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating his intentions regarding the prosecution of this action.  Plaintiff is advised that failure to comply with the Court's orders will result in dismissal for failure to prosecute.

      SO ORDERED.

Dated: January 9, 2024
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge