UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DICKERSON,<br><br>                Plaintiff,<br><br>vs.<br><br>INTERCEPT PHARMACEUTICALS, INC., JEROME DURSO, PAOLO FUNDARÒ, MARK PRUZANSKI, SRINIVAS AKKARAJU, LUCA BENATTI, DANIEL BRADBURY, KEITH GOTTESDIENER, NANCY MILLER-RICH, DAGMAR ROSA-BJORKESON, GINO SANTINI, and GLENN SBLENDORIO, | Case No.: 1:23-cv-09121-AT<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

     Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff John Dickerson ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 11, 2024            **BRODSKY & SMITH**

                                                     By: *Evan J. Smith*
                                                       Evan J. Smith
                                                       240 Mineola Boulevard
                                                       Mineola, NY  11501
                                                       Phone:  (516) 741-4977
                                                       Facsimile (561) 741-0626

                                                       *Attorneys for Plaintiff*